Carolina T. Curbelo, Esq.
The Law Office of Carolina T. Curbelo, LLC
41 North Broad Street, 2nd Floor
Ridgewood, NJ 07450
Telephone: (201) 379-4040
Fax: (201) 379-4777
Email: Carolina.Curbelo@curbelolaw.com
*Attorney for Petitioner*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Brayan Alexis HERNANDEZ,<br><br>                                    Petitioner,<br><br>v.<br><br>Luis SOTO, Warden, Delaney Hall Detention Facility,<br>Todd LYONS, Acting Director, U.S. Immigration and Customs;<br>Markwayne MULLIN, in his Official Capacity, Secretary, U.S. Department of Homeland Security (hereinafter "DHS");<br>Todd BLANCHE, the Acting Attorney General of the United States of America<br><br>Respondents. | Case No.: 26-cv-08658 (MEF)<br><br>**PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

26-5923

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner Brayan Alexis Hernandez, by and through undersigned counsel, hereby voluntarily dismisses the above-captioned Petition for Writ of Habeas Corpus without prejudice. No respondent has served an answer, return, or motion for summary judgment, and no court order is required.

Respectfully submitted,

*/s/ Carolina Theresa Curbelo, Esq.*

Dated: July 22, 2026
Carolina Theresa Curbelo, Esq.
The Law Office of Carolina T. Curbelo, LLC
41 N. Broad Street, 2nd Floor
Ridgewood, New Jersey 07450
Tel. (201) 379-4040
Fax (201) 379-4777
Email: Carolina.Curbelo@curbelolaw.com
Attorney for Petitioner

SO ORDERED.

_____
Michael E. Farbiarz, U.S.D.J.
Date:   7/23/26

26-5923